UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

          20-cr-237 (PKC)

    -against-

          ORDER

EDINUEL RODRIGUEZ POLANCO and
FELIPE GONZALEZ,

        Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

A teleconference is scheduled for Thursday, April 9, 2020 at 3:00 p.m. regarding defendant Gonzalez's April 8, 2020 letter. (Doc. 10). The call-in information for this teleconference is:

    <u>Dial-in</u>:    (888) 363-4749
    <u>Access Code</u>:  3667981

SO ORDERED.

_____
P. Kevin Castel
United States District Judge

Dated: New York, New York
       April 8, 2020