UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                       20-cr-237 (PKC)

    -against-

                                                       ORDER

EDINUEL RODRIGUEZ POLANCO and
FELIPE GONZALEZ,

               Defendant.
-----------------------------------------------------------x

CASTEL, U.S.D.J.

        Upon the request and consent of defendant Gonzalez, (Doc. 13), the teleconference in this matter scheduled for Thursday, April 9, 2020 at 3:00 p.m. is VACATED.

        SO ORDERED.

                                                          P. Kevin Castel
                                                  United States District Judge

Dated: New York, New York
         April 9, 2020