UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                              20 CR 237 (PKC)

      -against-                               ORDER

EDINUEL RODRIGUEZ POLANCO and
FELIPE GONZALEZ,

                       Defendant.
------------------------------------------------------------x

CASTEL, U.S.D.J.

        Upon the application of defense counsel, consented to by the Government, the conference previously scheduled for May 19, 2020 is adjourned to June 1, 2020 at 11:00 a.m. The proceeding will be conducted by videoconference. I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial. The reasons for this finding are that the grant of the continuance is necessary for defendants to further review discovery provided to date and to consider any possible pre-trial motions or pre-trial dispositions and in light of the National Emergency arising from the COVID-19 pandemic. Accordingly, the time between today and June 1, 2020 is excluded under the Speedy Trial Act.

        SO ORDERED.

                                                    P. Kevin Castel
                                                United States District Judge

Dated: New York, New York
          May 18, 2020