UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
UNITED STATES OF AMERICA,

                                                                                     20 CR 237 (PKC)

         -against-                                          ORDER

EDINUEL RODRIGUEZ POLANCO and
FELIPE GONZALEZ,

                               Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the conference previously scheduled for October 1, 2020 is adjourned to October 1, 2020 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is necessary to allow defendants further time to review discovery and consider any possible pre-trial motions or pretrial dispositions, and because of the National Emergency arising from the COVID-19 pandemic.  Accordingly, the time between today and October 1, 2020 is excluded.

        SO ORDERED.

                                                             P. Kevin Castel
                                                          United States District Judge

Dated: New York, New York
        July 22, 2020