UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

UNITED STATES OF AMERICA,

                                                                            20 CR 237 (PKC)

      -against-                                            ORDER

EDINUEL RODRIGUEZ POLANCO and
FELIPE GONZALEZ,

                       Defendant.
------------------------------------------------------------x

P. KEVIN CASTEL, U.S.D.J.

        Upon the application of the government, consented to by defense counsel, the conference previously scheduled for October 1, 2020 is adjourned to December 15, 2020 at 11:00 a.m. in Courtroom 11D.  I find that the ends of justice will be served by granting a continuance and that taking such action outweighs the best interest of the public and the defendant in a speedy trial.  The reasons for this finding are that the grant of the continuance is necessary to permit defendants additional time to consider a possible pre-trial disposition and to take the steps necessary to effectuate such a disposition, an exclusion that the government further submits is appropriate at this time in light of the national emergency declared over the coronavirus pandemic.  Accordingly, the time between today and December 15, 2020 is excluded.

        SO ORDERED.

                                                      P. Kevin Castel
                                                    United States District Judge

Dated: New York, New York
           September 30, 2020