**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

David E. Patton
*Executive Director*

Southern District of New York
Jennifer L. Brown
*Attorney-in-Charge*

April 25, 2021

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re:** **United States v. Adinel Rodriguez Polanco**
**20 Cr. 237 (PKC)**

Dear Judge Castel,

    I write to respectfully request that the Court adjourn the conference currently scheduled for April 28, 2021 for approximately 60 days. The parties continue to engage in pre-trial negotiations and we expect that the requested adjournment will enable us to complete that process. The government, by Assistant United States Attorney Thomas John Wright, consents to this application.

    Given the nature of this request, the defense consents to the exclusion of time under the Speedy Trial Act until the newly selected date.

    Thank you for your consideration.

Respectfully submitted,
/s/
Sylvie Levine
Attorney for Mr. Rodriguez Polanco
212-417-8729

---

The conference original scheduled for April 28, 2021 is adjourned to June 28, 2021 at 12:00 p.m. The conference will proceed telephonically. Call-in information is: Dial-In No.: 1-888-363-4749, Access Code: 3667981#. Time is excluded under the speedy trial act until 6/28/21 for the reasons set forth in the defense counsel's letter dated April 25, 2021.
SO ORDERED.
Dated: 4/26/2021

*P. Kevin Castel*
United States District Judge