UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

EDINUEL RODRIGUEZ POLANCO,

                Defendant.

20-cr-237 (PKC)

ORDER

CASTEL, Senior District Judge:

On March 1, 2022, defendant was sentenced principally to a term of imprisonment of 72 months. (Minute Entry; ECF 65.)

Defendant moved for a sentence reduction (ECF 69) pursuant to Amendment 821 to the Sentencing Guidelines which went into effect on November 1, 2023 and applies retroactively.

The United States Probation Department has issued a report indicating that defendant is eligible for a sentence reduction. (ECF 68.)

Defendant is not eligible to receive a "Status Points" adjustment because he did not receive an enhancement for committing the instant offense while under a criminal justice sentence. He is eligible for a "Zero-Points Offender" reduction because he has zero criminal history points and no disqualifying circumstance applies.

Under Guidelines § 4C1.1, he is eligible to a two level reduction in his Total Offense Level ("TOL") which was originally TOL 29 and is now TOL 27. His Criminal History Category remains unchanged. His original Guidelines range was 87-108 months imprisonment and his amended Guideline's range is 70-87 months imprisonment. Under the Policy Statement found at Guidelines § 1B1.10 (b)(2), the reduction in a case such as this may not be "less than

the minimum of the amended guideline range. . . ."  In this instance, the bottom of the amended Guidleine's range is 70 months imprisonment.

It is hereby ORDERED that the defendant is eligible for a sentence reduction under Amendment 821 and the motion (ECF 69) is GRANTED to the extent that the term of imprisonment is reduced to 70 months with all other terms and conditions of the original judgment remaining in place.  The reduction is effective as of May 8, 2024.   The government shall ensure that an immigration detainer is in place.

SO ORDERED.

P. Kevin Castel
United States District Judge

Dated: April 25, 2024
       New York, New York